# JOHANNA ZAPP

550J GRAND STREET • SUITE 5F • NEW YORK, NEW YORK 10002

917-742-4953 • FAX 917-492-1879

**ATTORNEY**

DISTRICT OF COLUMBIA AND NEW YORK BARS

October 3, 2018

**VIA ECF**

Hon. Dora L. Irizarry, Chief Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: US v. Daniel Rendon Herrera 14 CR 625 (DLI)

Dear Chief Judge Irizarry,

I represent the above-mentioned defendant. This case has been adjourned until November 16, 2018. The defendant would waive any speedy trial rights he may have until that date.

Thank you,

/s/Johanna Zapp

Attorney for Daniel Rendon Herrera

cc: Marcia Henry, AUSA via ECF