# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE  **Ramon E. Reyes Jr.**                          DATE : **4/3/20**

DOCKET NUMBER:  **14CR625(DLI)**          LOG #:/Court Reporter  **Charleane Heading**

DEFENDANT'S NAME :    **Daniel Rendon-Herrera**
    ___ Present    **X** Not Present    **X** Custody    ___ Bail

DEFENSE COUNSEL:  **Johanna Zapp**
    ___ Federal Defender    ___ CJA    **X** Retained

A.U.S.A:  **Francisco Navarro & Jonathan Lax**    CLERK:  **Felix Chin**

INTERPRETER : _____    (Language)

___ Defendant arraigned on the : ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

**X** DETENTION HEARING Held.   ___ Defendant's first appearance.

    ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.

    ___ Defendant advised of bond conditions set by the Court and signed the bond.

    ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

    ___ (Additional) surety/ies to co-sign bond by _____

    ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start _____ Stop _____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge

Other Rulings :   **All parties appeared via teleconference. Dfse counsel waived dft's appearance. Pretrial Service Officer Anna Lee appeared via teleconference. Dfse counsel presented a bail application citing dft's medical condition; govt opposed based on risk of flight and danger to the community; court denied the application. Order of detention remains in effect.**